UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAR 1 7 2020

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES OF AMERICA,

v.

NELSON CLARK, JR,

Defendant.

Criminal No. 3:20CR17

Violation: 18 U.S.C. § 1709

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Embezzlement of Mail by Postal Employee)

Between on or about March 14, 2019 and March 28, 2019, in Jefferson County, in the Northern District of West Virginia, the defendant, **NELSON CLARK, JR.**, a United States Postal Service Employee, did unlawfully embezzle multiple items of United States mail from parcels that were entrusted to him and which had come into his possession to be conveyed by mail and delivered from a post office and postal station established by authority of the Postmaster General and of the Postal Service, in violation of Title 18, United States Code, Section 1709.

A True Bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
United States Attorney

Jeffrey A. Finucane
Assistant United States Attorney